THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ERIC YOST, individually and on
behalf of a class of similarly situated
individuals,

    Plaintiff,

v.

ANTHEM LIFE INSURANCE
COMPANY

    Defendant.

3:18-CV-1522
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 30th DAY OF JULY 2019, upon consideration of Defendant Anthem Life Insurance Company's Motion to Dismiss Plaintiff's Complaint (Doc. 11) and all relevant documents, for the reasons discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant Anthem Life Insurance Company's Motion to Dismiss Plaintiff's Complaint (Doc. 11) is **GRANTED**;

2. The above captioned matter is **DISMISSED WITHOUT PREJUDICE**;

3. The Clerk of Court is directed to close this case.

Robert D. Mariani
United States District Judge